United States Bankruptcy Court

Western District of Washington

In re:  
Ja'Nay Re Hill  
    Debtor

Case No. 25-42060-TWD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0981-3     User: admin     Page 1 of 3  
Date Rcvd: Dec 03, 2025     Form ID: 318     Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ja'Nay Re Hill, 3202 S Mason Ave, Apt A208, Tacoma, WA 98409-8544 |
| 957497725 | + | Cellnetix Pathology, PO Box 600, Oaks, PA 19456-0600 |
| 957497726 | + | Cellnetix Pathology PLLC, PO Box 600, Oaks, PA 19456-0600 |
| 957497727 | + | Center for Minimally Invasive, 19110 Darvin Dr., Ste a, Mokena, IL 60448-8683 |
| 957497739 | | Paceline Anestesia, PLLC, PO Box 94333, San Francisco, CA 94124 |
| 957497740 | + | Pacific Podiatry Group, 7808 Pacific Ave, Ste 1, Tacoma, WA 98408-7039 |
| 957497746 | + | TRA Medical Imaging, 2 Meridian Blvd, 3rd Fl, Reading, PA 19610-3202 |
| 957497747 | + | TRA Medical Imaging, 2 Meridian Blvd, 3rd Fl, Wyomissing, PA 19610-3202 |
| 957497745 | + | Tacoma Emergency Care Physician, PO Box 5215, Tacoma, WA 98415-0215 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: WADEPREV.COM | Dec 04 2025 04:08:00 | State of Washington, Department of Revenue, 2101 4th Ave, Ste 1400, Seattle, WA 98121-2300 |
| 957497721 | | Email/Text: ebn@americollect.com | Dec 03 2025 23:10:00 | Americollect Inc, PO Box 1566, Manitowoc, WI 54221 |
| 957497722 | | Email/Text: CLIENTS@AUDIT-ADJUSTMENT.COM | Dec 03 2025 23:09:00 | Audit & Adjustment Company, Inc, PO Box 1959, Lynnwood, WA 98046 |
| 957497720 | + | EDI: GMACFS.COM | Dec 04 2025 04:08:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 957497724 | + | EDI: CAPITALONE.COM | Dec 04 2025 04:08:00 | Capitol One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 957497728 | + | Email/Text: mediamanagers@clientservices.com | Dec 03 2025 23:09:00 | Client Services Inc, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 957497730 | + | Email/Text: dci.kim@qwestoffice.net | Dec 03 2025 23:10:00 | Dynamic Collectors, Inc, 790 S Market Blvd, Chehalis, WA 98532-3420 |
| 957497731 | + | Email/Text: EBN@edfinancial.com | Dec 03 2025 23:09:00 | EDFinancial Services, 120 N Seven Oaks Dr,, Knoxville, TN 37922-2359 |
| 957497732 | + | EDI: IRS.COM | Dec 04 2025 04:08:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 957497733 | + | EDI: JPMORGANCHASE | Dec 04 2025 04:08:00 | JP Morgan Chase, PO BOX 15369, Wilmington, DE 19850-5369 |
| 957497734 | + | EDI: JPMORGANCHASE | Dec 04 2025 04:08:00 | JP Morgan Chase Bank, N.A., PO BOX 15369, Wilmington, DE 19850-5369 |
| 957497735 | + | Email/Text: info@mandarichlaw.com | Dec 03 2025 23:10:00 | Mandarich Law Group, PO Box 109032, Chicago, IL 60610-9032 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 957497736 | | ^ MEBN | Dec 03 2025 23:05:05 | Multicare Health Systems, P.O. Box 5299., MS: 1002-1-PFN, Tacoma, WA 98415-0299 |
| 957497737 | + | EDI: NFCU.COM | Dec 04 2025 04:08:00 | Navy Federal Credit Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 957497738 | | Email/Text: bankruptcy@oregoncommunitycu.org | Dec 03 2025 23:10:00 | Oregon Community Credit Union, 2880 Chad Dr, Eugene, OR 97408 |
| 957497741 | + | Email/Text: banko@pugetsoundcollections.com | Dec 03 2025 23:10:00 | Puget Sound Collection, PO Box 3011, Tacoma, WA 98401-3011 |
| 957497742 | + | Email/Text: SENDTOQCI@YAHOO.COM | Dec 03 2025 23:10:00 | QuickCollect Inc, PO Box 55457, Portland, OR 97238-5457 |
| 957497744 | + | EDI: SYNC | Dec 04 2025 04:08:00 | SYNCB, PO Box 71757, Philadelphia, PA 19176-1757 |
| 957497743 | | ^ MEBN | Dec 03 2025 23:05:00 | Suttell & Hammer, PO Box C-90006, Bellevue, WA 98009 |
| 957497729 | | Email/Text: bknotice@upgrade.com | Dec 03 2025 23:09:00 | Cross River Bank/Upgrade Inc., 2 N CENTRAL AVE, Fl 10, Phoenix, AZ 85004 |
| 957497748 | | ^ MEBN | Dec 03 2025 23:05:01 | Velocity Investments, PO Box 788, Belmar, NJ 07719-0788 |
| 957497749 | + | EDI: COMCASTCBLCENT | Dec 04 2025 04:08:00 | Xfinity, 9401 E Panorama Cir, Centennial, CO 80112-3403 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 957497723 | | Bryan Goode, Unknown |
| 957505729 | | Multicare. PO Box 102809 Pasadena CA 91189 |
| 957505730 | | NW Emerg Phys. PO Box 740021 Cincinnati, OH 45274 |
| 957505728 | | SeaMar Comm Health. 1040 S Henderson St, Seattle, |
| 957510073 | | Social Security Administration, PO Box 2000 Richmo |
| 957505732 | | TRA-MINW. PS. 2 Meridian Blvd Fl 3 Wyomissing PA |
| 957505731 | | VMFH SBO. PO Box 31001-1975 Pasadena CA 91110 |

TOTAL: 7 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2025   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amanda N Martin | on behalf of Debtor Ja'Nay Re Hill amanda@nwclc.org<br>6703@notices.nextchapterbk.com;amanda.ecf1@gmail.com;arthur@nwclc.org;madeline@nwclc.org |
| Darren Robert Krattli | dktrustee@eisenhowerlaw.com tvannice@eisenhowerlaw.com;WA36@ecfcbis.com |
| United States Trustee | USTPRegion18.SE.ECF@usdoj.gov |

TOTAL: 3

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Ja'Nay Re Hill <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8826 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____ <br> EIN  __–_____ |
| United States Bankruptcy Court | Western District of Washington | |
| Case number: | 25–42060–TWD | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ja'Nay Re Hill

12/3/25     **By the court:** Timothy W. Dore
                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**